UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                                 Criminal No. 06-cr-208-01-04-JD

<u>Omar Hervis</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 45) filed by defendant Omar Hervis is granted. Trial is continued as to all defendants unless an objection is filed by January 17, 2007.

Defendants shall file waivers of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                    /s/ Joseph A. DiClerico, Jr.
                                                    Joseph A. DiClerico, Jr.
                                                    United States District Judge

Date: January 12, 2007

cc: Ash Joshi, Esq.
    John Pendleton, Esq.
    Scott Kalisch, Esq.
    Sven Wiberg, Esq.
    James Gleason, Esq.
    Terry Ollila, Esq.
    U.S. Marshal
    U.S. Probation